# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

NUVIA AREVALO, ET AL.,

    Plaintiffs,

v.

UMH PROPERTIES, INC., ET AL.,

    Defendants.

_____/

Case No. 11-2339

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE TU M. PHAM

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [70]; AND DENYING DEFENDANTS' MOTION TO DISMISS [21] WITHOUT PREJUDICE

Before the Court is Defendants' Motion to Dismiss [21], filed on September 19, 2011. One June 25, 2013, the Magistrate Judge issued a Report and Recommendation [70] recommending that the Court deny Defendants' Motion to Dismiss [21] without prejudice and allow non-arbitrating Plaintiffs to file an amended complaint.

The parties have not filed any objections the Report and Recommendation [70]. The Court has reviewed the record in this case.

The Report and Recommendation [70] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss [21] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that non-arbitrating Plaintiffs file an amended complaint in accordance with the Report and Recommendation [70].

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 2, 2013